## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOPHIE KOSTOMITE | : | CIVIL ACTION |
| | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| KIMBERLY-CLARK CORP., ET. AL. | : | |
| | : | NO. 24-4473 |
| Defendants. | : | |

## ORDER

AND NOW this 27th day of October, 2025, upon consideration of Plaintiff Sophie Kostomite's Motion for Summary Judgment (Dkt. #32), Defendant's Opposition thereto (Dkt. #35) and Plaintiff's reply in further support thereof (Dkt. #36) it is hereby ORDERED that the Motion is GRANTED. Summary judgment is entered in favor of Plaintiff/Interpleader Claimant Sophie Kostomite and against Interpleader Claimant Lee Teetsel as the Executor of the Estate of Bill Teetsel (the "Estate") on Count I. All other claims in this matter are dismissed with prejudice.

The Registry of Court is directed to retain all funds interplead in this matter until further of the Court. If the time for the Estate to a file a notice of appeal passes without such notice being filed, Plaintiff is directed to make a motion to release the funds alerting this Court to that fact. Such motion may be summarily granted without waiting for opposition. If the Estate does file an appeal, the Registry of Court will retain the funds until the conclusion of the appellate process. The prevailing

party in such appeal or appeals should notify this Court by way of a motion to release the funds when all appellate rights have been exhausted.

The Clerk of Court is directed to mark this matter "Closed" for statistical purposes.

BY THE COURT:

GAIL WEILHEIMER          J.